AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 844(a) - Possession of a Controlled Substance (Class A Misdemeanor); 18 U.S.C. § 13, assimilating Cal. Health & Safety Code § 11364(a) - Possession of Drug Paraphernalia (Class B Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:  Maximum Prison Term: 1 year
Maximum Fine: $100,000
Maximum Supervised Release Term: 1 year
Mandatory Special Assessment Fee: $25

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ JESSE SPERLING

DISTRICT COURT NUMBER
CR 08 0309

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
United States Park Police, Department of Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  WENDY THOMAS

**DEFENDANT**

IS **NOT** IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ 04/07/2008

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction  ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                           Before Judge:

Comments:

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |



FILED
08 MAY -8 PM 3:17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 08 0309 |
|---|---|
| Plaintiff, | ) VIOLATIONS: Title 21, United States Code, Section 844(a) - Possession of a Controlled Substance (Class A Misdemeanor); Title 18, United States Code, Section 13, assimilating California Health & Safety Code, Section 11364(a) – Possession of Drug Paraphernalia (Class B Misdemeanor) |
| v. | |
| JESSE SPERLING, | |
| Defendant. | ) SAN FRANCISCO VENUE |

MAG

## INFORMATION

The United States Attorney charges:

<u>COUNT ONE</u>: 21 U.S.C. § 844(a) - Possession of a Controlled Substance

On or about April 7, 2008, in the Northern District of California, the defendant,

JESSE SPERLING,

did knowingly and intentionally possess a controlled substance, to wit: a substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 844(a), a Class A Misdemeanor.

//

//

INFORMATION

1 | COUNT TWO: 18 U.S.C. § 13, assimilating California Health & Safety Code § 11364(a) – Possession of Drug Paraphernalia.

On or about April 7, 2008, in the Northern District of California, while within the boundaries of an area under the exclusive jurisdiction of the United States and administered by the Presidio Trust, the defendant,

<div style="text-align:center">JESSE SPERLING,</div>

did possess a device, contrivance, instrument, and paraphernalia used for unlawfully smoking a controlled substance, to wit: a pipe used for smoking cocaine base, in violation of Title 18, United States Code, Section 13, assimilating California Health & Safety Code Section 11364, a Class B Misdemeanor.

DATED: May 7, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION