1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  LARA M. KROOP (CABN 239512)
   Special Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
8  E-Mail: Lara.Kroop2@usdoj.gov

9  Attorneys for the United States

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13
                                         )   Criminal No. CR 08-0309 EMC
14  UNITED STATES OF AMERICA,            )
                                         )
15          Plaintiff,                   )
                                         )   [PROPOSED] ORDER AND
16      v.                               )   STIPULATION EXCLUDING TIME
                                         )   FROM MAY 19, 2008 TO JUNE 25, 2008
17  JESSE SPERLING,                      )
                                         )
18          Defendant.                   )
                                         )
19  _____ )

20

21      The parties appeared before the Honorable Edward M. Chen on May 19, 2008.

22  With the agreement of counsel for both parties, the Court found and held as follows:

23      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24  3161, from May 19, 2008 to June 25, 2008, in light of the need for Government continuity of

25  counsel and the need for the defendant's counsel to review discovery. Failure to grant the

26  requested continuance would unreasonably deny defense counsel reasonable time necessary for

27  effective preparation, taking into account the exercise of due diligence and the need for counsel

28  [PROPOSED[ ORDER AND
    STIPULATION EXCLUDING TIME
    CR 08-0309 EMC

to review the discovery with the defendant.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 19, 2008 to June 25, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 19, 2008 to June 25, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 5/19/08

/s/
JODI LINKER
Counsel for Jesse Sperling

DATED: 5/19/08

/s/
LARA M. KROOP
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 5/20/08

THE HON. EDWARD M. CHEN
United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0309 EMC                              2