07/02/2008 11:32 AM EST

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | JESSE SPERLING | | | | | | | | | |
| | Case No. DCAN308CR000309  US V SPERLLING | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 3461020542 | 1 | PR | 25.00 | 06/25/2008 |

Division Payment Total    25.00

Grand Total    25.00

$ 25.00  SPECIAL ASSESSMENT
PAID IN FULL
Ch 1 6-25-08